**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 94-6550**

———————

ERNEST G. FERGUSON,

            Petitioner - Appellant,

   versus

WILLIAM C. DUNCIL, Warden, Huttonsville Cor-
rectional Center,

            Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Huntington.  Charles H. Haden II, Chief
District Judge.  (CA-91-1170)

———————

Submitted:  December 5, 1995   Decided:  August 2, 1996

———————

Before WILKINSON, Chief Judge, and MURNAGHAN and WILKINS, Circuit
Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Harless, Charleston, West Virginia, for Appellant.  William
Trask Douglass, Jr., OFFICE OF THE ATTORNEY GENERAL OF WEST
VIRGINIA, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Ferguson v. Duncil, No. CA-91-1170 (S.D.W. Va. Mar. 31, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2